IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

TAMIKA WATSON, on behalf of )
    D.W., a minor, )
                                    )
    Plaintiff, )
                                    )
v. )   Civil No. 2:14-CV-4-BO
                                    )
CAROLYN W. COLVIN, )
Acting Commissioner of Social )
Security, )
                                    )
    Defendant. )

## ORDER

This matter is before the Court on Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion for Remand to the Commissioner. Plaintiff's counsel indicated that she did not oppose the Defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this _____15_____ day of October, 2014.

                                              *[signature]*
                                              JUDGE TERRENCE W. BOYLE
                                              UNITED STATES DISTRICT JUDGE